1   BARRY J. PORTMAN
    Federal Public Defender
2   ANGELA M. HANSEN
    Assistant Federal Public Defender
3   555 - 12th Street, Suite 650
    Oakland, CA 94607-3627
4   Telephone:  (510) 637-3500

5   Counsel for Defendant GREEN

6

7                   UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                        OAKLAND DIVISION

10  UNITED STATES OF AMERICA,        )      No. CR-08-00906 SBA
                                     )
11          Plaintiff,               )      STIPULATED REQUEST TO CONTINUE
                                     )      JUDGMENT AND SENTENCING
12      v.                           )      HEARING DATE TO JUNE 9, 2009 AND
                                     )      TO EXCLUDE TIME UNDER THE
13                                   )      SPEEDY TRIAL ACT AND [PROPOSED]
    LEANDRE GREEN ,                  )      ORDER
14                                   )
            Defendant.               )      Hearing Date: May 19, 2009
15                                   )      Time:          10:00 a.m.
    _____ )

16

17      The above-captioned matter is set on May 19, 2009 before this Court for judgment, plea

18  and sentencing.  The parties jointly request that this Court continue the matter to June 9, 2009 at

19  10:00 a.m. and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §

20  3161(h)(1)(G) and § 3161(h)(7)(A) and (B)(iv), between the date of this stipulation and June 9,

21  2009.

22      Mr. Green is charged under 21 U.S.C. § 841 with possession with the intent to distribute

23  over five grams of crack cocaine.  He faces a mandatory minimum sentence of five years in

24  custody. On February 10, 2009, the parties submitted a Federal Rule of Criminal Procedure

25  11(c)(1)(C) agreement for the Court's consideration.  The Court took the plea agreement under

26
    Stip. Req. To Continue Judgment and Sentencing
    Date and to Exclude Time, No. CR-09-00906
    SBA

1  submission, excluded time and set this matter over for judgment, plea and sentencing on May 19,

2  2009.

3          After receiving a draft Pre-Sentence Investigation Report from the United States

4  Probation Office, the parties learned that Mr. Green may be eligible for a safety valve reduction

5  pursuant to USSG § 5C1.2 because the Probation Office determined that he has only one

6  criminal history point.  If he meets the requirements under § 5C1.2, Mr. Green will be eligible to

7  be sentenced without regard to the 5-year mandatory minimum, and he also will be eligible for a

8  2-level reduction in his offense level pursuant to USSG § 2D1.1(b)(11), thereby decreasing his

9  sentencing Guidelines range.  For this reason, the parties would like additional time to determine

10  whether or not Mr. Green can satisfy the safety valve requirements, specifically subsection §

11  5C1.2(a)(5).   The requested continuance will allow the parties sufficient time to determine if

12  Mr. Green is safety valve eligible.  For this reason, the parties respectfully request that the Court

13  grant a three-week continuance to June 9, 2009.

14          The parties further request this three-week continuance because counsel for Mr. Green

15  will be on vacation and unavailable on May 19, 2009.  For this reason, the parties request that

16  the Court continue Mr. Green's plea and sentencing date to June 9, 2009 when counsel is next

17  available.  The parties agree that the failure to grant such a continuance would unreasonably

18  deny  Mr. Green continuity of counsel.

19          Counsel for Mr. Green spoke with Probation Officer Brian Casai who drafted the Pre-

20  Sentence Investigation Report.  Mr. Casai informed counsel that he is in agreement with this

21  continuance and available to appear on June 9, 2009.

22          For these reasons, the parties stipulate and agree that the time from the date of this

23  Stipulation to June 9, 2009, should be excluded in accordance with the provisions of the Speedy

24  Trial Act, 18 U.S.C. § 3161(h)(1)(G), based on the Court's consideration of the proposed Rule

25  11(c)(1)(C) plea agreement to be entered into by the defendant and the attorney for the

26

1    government.  Time should further be excluded under § 3161(h)(7)(A) and (B)(iv) on the basis

2    that the ends of justice served by the continuance outweigh the best interest of the public and the

3    defendant in a speedy trial because the failure to grant the continuance would unreasonably deny

4    the defendant continuity of counsel and the reasonable time necessary for effective preparation

5    taking into account the exercise of due diligence.

6

7    DATED: May 5, 2009                              /S/
                                                WADE RHYNE
8                                          Assistant United States Attorney

9
     DATED: May 5, 2009                              /S/
10                                         ANGELA M. HANSEN
                                           Assistant Federal Public Defender
11

12   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
     "conformed" signature (/S/) within this e-filed document.
13

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26

Stip. Req. To Continue Judgment and Sentencing
Date and to Exclude Time, No. CR-09-00906
SBA                                   3

1  //

2  //

3  //

4  //

5  **ORDER**

6       Based on the reasons provided in the stipulation of the parties above, the Court hereby

7  FINDS:

8       1.     Given that Mr. Green may be safety valve eligible pursuant to USSG § 5C1.2

9  because the United States Probation Office has determined that he has only one criminal history

10  point;

11       2.     Given that the parties need additional time to determine if Mr. Green is safety

12  valve eligible pursuant to USSG § 5C1.2, specifically whether or not he can satisfy subsection §

13  5C1.2(a)(5);

14       3.     Given that defense counsel is unavailable and on vacation on May 19, 2009 and

15  not available until June 9, 2009;

16       4.     Given the Court's continued consideration of the proposed Rule 11(c)(1)(C)

17  agreement submitted on February 10, 2009 that is to be entered into by the defendant and the

18  attorney for the government; and

19       5.     Given that a continuance from May 19, 2009 until June 9, 2009 outweighs the

20  best interests of the public and the defendant in a speedy and public trial because the failure to

21  grant the requested continuance would unreasonably deny the defendant continuity of counsel

22  and the reasonable time necessary for effective preparation, taking into account due diligence.

23       Based on these findings, IT IS HEREBY ORDERED that time is excluded under the

24  Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G) and § 3161(h)(7)(A) and (B)(iv) from the date of

25  this Stipulation to June 9, 2009.

26

Stip. Req. To Continue Judgment and Sentencing
Date and to Exclude Time, No. CR-09-00906
SBA                        4

1    IT IS FURTHER ORDERED that the judgment, plea and sentencing date of May 19,

2   2009, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and

3   reset for June 9, 2009, at 10:00 a.m.

4

5   DATED:_5/6/09                                          _____
                                                           HON. SAUNDRA BROWN ARMSTRONG
6                                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Judgment and Sentencing
Date and to Exclude Time, No. CR-09-00906
SBA                                        5